UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                    Criminal No. 06-cr-214-01-JD

Beverly Starr Dove

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.  This is the second continuance. Trial is rescheduled for August.  No further continuances.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  June 12, 2007

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation